AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds on deposit in Citibank account numbers
in the name of Marcia Campbell.

**SEIZURE WARRANT**

CASE NUMBER: 06-449-M-01

TO: Director, Federal Bureau of Investigation, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Debra LaPrevotte who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

   all funds on deposit in Citibank account numbers
   in the name of Marcia Campbell.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 18 2006 @ 5:45 pm          at Washington, D. C.
Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE                    _[signature]_
Name and Title of Judicial Officer        Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>10/18/06 | DATE AND TIME WARRANT EXECUTED<br>10/18/06 7:04 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Citibank Legal Compliance |
| INVENTORY MADE IN THE PRESENCE OF | Served via fax, Hard Copy Mailed ||

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

$0 for acct

$10,044.00 for acct — check #
Payable to the United States Marshal Service.

FILED

DEC 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____     12/13/06
U.S. Judge or U.S. Magistrate Judge     Date